UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. TOOKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T MAK, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07373-HSG<br><br>**JUDGMENT** |

The Court has granted Defendants' motion for summary judgment in a separate order. The Clerk of the Court is ordered to enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/11/2022

　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge